IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SERGE KANNON,

    Plaintiff,

v.

RICHARD ZEITLIN,

    Defendant.

CASE NO. CV 22-4728

DONNELLY, J.
KUO, M.J.

## NOTICE OF REMOVAL

TO THE CLERK OF COURT, ALL PARTIES, AND THE CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF KINGS:

PLEASE TAKE NOTICE that the Defendant Richard Zeitlin hereby removes to this Court the state court action described below. This removal is filed pursuant to 28 U.S.C. § 1441(a).

1. On or about July 6, 2022, an action was commenced by Plaintiff in the Civil Court of the City of New York, New York entitled *Serge Kannon v. Richard Zeitlin*, Index Number: CV-010247-22/KI. The Court is located at 141 Livingston Street in the County of Kings, City and State of New York.

2. Defendants were served with the complaint on July 13, 2022. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A copy of the documents served in this matter is attached as Exhibit A.

3. This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331 because this is an action arising under the laws of the United States, specifically 47 U.S.C. § 227.

WHEREFORE, Defendant Richard Zeitlin prays that this action be removed to the United States District Court for Eastern District of New York.

Respectfully submitted August 9, 2022.

1

/S/ Joshua L. Dratel
JOSHUA L. DRATEL
Law Offices of Dratel & Lewis
29 Broadway, Suite 1412
New York, New York 10006
(212) 732 - 0707
JDratel@dratellewis.com

*Attorney for Defendant Richard Zeitlin*

### Certificate of Service

I hereby certify that on August 1, 2022, I mailed a copy of this Notice of Removal to the Plaintiff at Serge Kannon, 1021 E. 108th Street, Apt. 2A, Brooklyn, NY 11236.

I further certify that a copy of this Notice of Removal was sent to the Clerk of Court, Civil Court of the City of New York, County of Kings, at 141 Livingstone Street, New York, NY 11201 on August 1. 2022.

/S/ Joshua L. Dratel
JOSHUA L. DRATEL

# Civil Court of the City of New York
## County of Kings

Index Number: CV-010247-22/KI

SERGE KANNON
    Plaintiff(s)

-against-

RICHARD ZEITLIN
    Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE:
Where Cause of Action Arose

Plaintiff's Residence Address (s):
SERGE KANNON
1021 E 108 ST., 2A
Brooklyn, NY 11236

To the named defendant (s)
RICHARD ZEITLIN (Deft), at 7815 E LA MADRE WAY, Las Vegas, NV 89149

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Kings at the office of the Clerk of the said Court at 141 Livingston Street in the County of Kings, City and State of New York, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $6,000.00 and interest as detailed below. Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: July 6, 2022

Alia Razzaq, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: Other: Two phone calls in violation of TCPA. for $6,000.00 with interest from 09/01/2021

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
(See 22NYCRR, Section 130-1.1a)

SIGN NAME: _[signature]_
PRINT NAME: SERGE KANNON

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*