

NOTICE OF MOTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――― X
:
SERGE KANNON :
: Response in opposition to
      Plaintiff, : motion to dismiss.
:
  -against- : ~~1:22-cv-04720-AMD-PK~~
:
RICHARD ZEITLIN : 1:22-CV-04728-AMD-PK
:
      Defendant :
:
―――――――――――――――――――――――――― X

With regard to the defendants' motion to dismiss for failure to state a claim; Plaintiff's claim was brought to The Civil Court of the City of New York where the application for a complaint doesn't provide adequate space for the full complaint. The complaint application also includes the instruction to "Be brief" as shown in Exhibit P1.

My full claim and complaint is as follows:
Defendent initiated two (2) unsolicited communications to my cell phone, 718-510-3692, on September 1, 2021 at 9:15 AM from phone number 347-801-7965 and then again on the same day at 10:18 AM from phone number 315-640-3209, for marketing purposes using an Automatic Telephone Dialing System (ATDS) and AI or robotic voices. The calls were unwanted and made without my express invitation, permission, or consent.

The calls were placed from a company called Police and Troopers Support PAC, an entity owned and operated by Richard Zeitlin The calls were made in violation of 47 U.S.C. section 227 or the TCPA.

I apologize for my late response.

I respectfully request the court to deny defendant's motion to dismiss.

Dated: Kings County New York
      September 19, 2022

                                              Serge Kannon
                                              Plaintiff Pro Se
                                              1021 East 108 Street, Apt. 2A
                                              Brooklyn, New York  11236

RECEIVED SEP 19 2022 PRO SE OFFICE

CIVIL COURT OF THE CITY OF NEW YORK       APPLICATION FOR A SUMMONS

## PARTIES

**PLAINTIFF:** Please print your name, complete address, including your apartment number (no P.O. box number) and telephone number. [Please note: If the claim is based on an auto accident, the claim must be *Owner* against *Owner*]. A Corporation must be represented by an attorney.

**DEFENDANT(S):** Please print the full legal name and street address (no P.O. box number) of the party(ies) you are suing. Indicate whether you are suing this party as a person or a business. [Please note: If you are suing a business, indicate whether it is a partnership, a corporation or an individual with a business certificate. This information can be obtained in the County Clerk's Office in the county in which the business is located. Failure to check this information may result in a judgment which cannot be executed.]

## CLAIM

**REASON FOR CLAIM:**

| | | | | |
|---|---|---|---|---|
| Damage cause to: | ☐ automobile | ☐ person | ☐ property other than automobile | |
| Failure to provide: | ☐ repairs | ☐ proper service | ☐ goods ordered | |
| Failure to return: | ☐ security | ☐ property | ☐ deposit | ☐ money |
| Failure to pay for: | ☐ wages<br>☐ rent | ☐ services rendered<br>☐ commissions | ☐ insurance claim  ☐ money loaned<br>☐ goods sold and delivered | |
| Breach of: | ☐ contract | ☐ lease | | |
| Loss of: | ☐ luggage | ☐ property | ☐ time from work | ☐ use of property |
| Returned: | ☐ check (bounced) | ☐ merchandise (not reimbursed) | | |

Other: (Be brief)

*[Exhibit P1 — handwritten marking in margin]*

**DETAILS OF CLAIM:**

Amount of Claim: (Limit $50,000 for each Cause of Action) $ _____

Date of Occurrence: _____

Place of Occurrence: _____

If Car Accident: YOUR license plate # _____ DEFENDANT'S license plate # _____

Identifying Number(s): _____
(Receipt #, Claim #, Account #, Policy #, Ticket #, etc.)

_____    X_____
Date                                  Signature of Plaintiff

CIV-GP-59 (Revised 1/22)